ABRAHAM PLETMAN, Respondent, v. MYRON GOLDSOLL and Others, Defendants, Impleaded with GUARANTY TRUST COMPANY OF NEW YORK, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of L. WALTER STEPHENS and MAUDE MARIE STEPHENS, Respondents, to Compel MAURICE B. GLADSTONE, Appellant, Attorney, to Account and Pay over Monies Collected by Him as Attorney at Law, and for Other Relief as Contained Hereinbelow. MAUDE MARIE STEPHENS, Plaintiff, v. L. WALTER STEPHENS, Defendant. (Action No. 1.) MAUDE MARIE STEPHENS, Plaintiff, v. L. WALTER STEPHENS, EMIGRANT INDUSTRIAL SAVINGS BANK and CENTRAL SAVINGS BANK, Defendants. (Action No. 2.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CLINTON TRUST COMPANY, Appellant, v. COMPANIA AZUCARERA CENTRAL RAMONA S. A., Also Known as RAMONA SUGAR COMPANY, Respondent. CLINTON TRUST COMPANY, Appellant, v. COMPANIA AZUCARERA CENTRAL MABAY S. A., Also Known as MABAY SUGAR COMPANY, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CELIA SINGER, as Administratrix, etc., of ISAAC SINGER, Deceased, Appellant, v. THE METROPOLITAN PICKLE PRODUCTS, INC., and IRVING GREENSTEIN, Respondents.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Untermyer and Cohn, JJ., dissent and vote to reverse and grant the motion.

In the Matter of MARY GRACE ROGERS, an Incompetent Person. MARION D. NOYES, Petitioner, Appellant; EMANUEL LEWIN, Respondent.— Order, so far as appealed from, unanimously reversed, without costs, and all parts of the order appointing or referring to respondent as committee of the estate of the incompetent stricken therefrom. (Matter of Rothman, 263 N. Y. 31.) Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of S. H. KRESS & Co., Appellant, v. THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

SANITIZED, INC., and U. S. PROCESS CORP., Appellants, v. MORTON H. BROWN, Doing Business as BROWN. WEST COAST Co., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.